## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSE ALCANTAR-BARRERA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )    CIVIL NO. 09-489-GPM |
| | ) |
| ROGER MULCH, RANDY POLLARD, and | ) |
| RICARDO WONG, | ) |
| | ) |
| Respondents. | ) |

## JUDGMENT IN A CIVIL CASE

This action was heard by District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Petitioner **JOSE ALCANTAR-BARRERA** shall recover nothing, the action be **DISMISSED on the merits**, and Respondents **ROGER MULCH, RANDY POLLARD, and RICARDO WONG** shall recover costs from Petitioner.

**DATED**: 10/29/09

NANCY J. ROSENSTENGEL, CLERK

By: s/ Linda M. McGovern
      Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
      G. Patrick Murphy
      United States District Judge